No. 91–8025.  CASSELL v. LANDISVILLE DISTRICT OF THE LANCASTER MENNONITE CONFERENCE.  Super. Ct. Pa.  Certiorari denied.

No. 91–8029.  LYLE ET VIR v. DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES.  Sup. Ct. Fla.  Certiorari denied.

No. 91–8040.  BENTLEY v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 91–8042.  WELDON v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 91–8045.  CORLEY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–8051.  FRASER v. FULCOMER ET AL.  C. A. 3d Cir. Certiorari denied.

No. 91–8056.  LEDLOW v. BURTON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–8058.  CLEMENS v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 91–8070.  SCOTT v. DIME SAVINGS BANK OF NEW YORK. C. A. 2d Cir.  Certiorari denied.

No. 91–8071.  AGUALO v. TERRITORY OF GUAM.  C. A. 9th Cir.  Certiorari denied.

No. 91–8074.  PARKUS v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  Sup. Ct. Mo.  Certiorari denied.

No. 91–8078.  GAMBLE v. ASHCROFT, GOVERNOR OF MISSOURI, ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 91–8079.  HENTHORN v. SWINSON, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–8081.  HARDIN v. ELKINS ET AL.  C. A. 6th Cir.  Certiorari denied.